## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-70243-JAD |
| | : | |
| **WILLIAM REITZ,** | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | RELATED TO DOC. NO. 6, 7 |
| **WILLIAM REITZ,** | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | June 29, 2021 at 1:30 PM via Zoom |
| v. | : | |
| | : | |
| **BANK OF AMERICA,** | : | |
| **CANCER CARE PARTNER,** | : | |
| **CANCER TREATMENT** | : | |
| **CENTERS OF AMERICA,** | : | |
| **CLEARFIELD COUNTY TCB,** | : | |
| **COOPER TOWNSHIP TAX,** | : | |
| **CREDENCE RESOURCE,** | : | |
| **CREDIT MGMT,** | : | |
| **CREDIT ONE BANK,** | : | |
| **DIRECTV,** | : | |
| **DUKE CANCER CENTER,** | : | |
| **DUKE HEALTH,** | : | |
| **DUKE MEDICINE,** | : | |
| **FOUNDTION MEDICINE,** | : | |
| **GEISINGER HEALTH,** | : | |
| **GUARDANT HEALTH,** | : | |
| **HOLIDAY FINANCIAL,** | : | |
| **INTERNAL REVENUE SERV.,** | : | |
| **JEFFERSON CAPITAL,** | : | |
| **JERSEY SHORE BANK,** | : | |
| **KEYSTONE RURAL HEALTH,** | : | |
| **M&T BANK,** | : | |
| **MIDLAND CREDIT MGMT,** | : | |
| **MIDLAND FUNDING,** | : | |
| **MIRAMED REVENUE,** | : | |
| **MIRAMEDRG,** | : | |
| **MT. NITTANY MEDICAL,** | : | |
| **NATIONAL RECOVERY,** | : | |
| **PENELEC,** | : | |
| **PENN HIGHLANDS,** | : | |
| **PENN STATE HERSHEY** | : | |
| **MEDICAL CENTER,** | : | |
| **SANTANDER,** | : | |

|  |  |
|---|---|
| **WILLIAM G. SATTERLEE AND SONS,** | : :|
| **RONDA J. WINNECOUR, ESQ.** | : |
| **CHAPTER 13 TRUSTEE,** | : |
| **RESPONDENTS** | : |

### CERTIFICATION OF NO OBJECTION REGARDING THE MOTION EXTEND THE AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay filed on June 4, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 21, 2021

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: June 22, 2021          By:     /s/ Paul W. McElrath
                                      Paul W. McElrath, Esquire
                                      Attorney for Debtor/Movant
                                      PA I.D. #86220
                                      McElrath Legal Holdings, LLC
                                      1641 Saw Mill Run Blvd
                                      Pittsburgh, PA 15210
                                      (412) 765-3606