# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY NO. 21-70243-JAD** |
| | : | |
| **WILLIAM REITZ,** | : | **CHAPTER 13** |
| DEBTOR | : | |
| | : | **RELATED TO DOCUMENT NO. 6** |
| **WILLIAM REITZ,** | : | |
| MOVANT | : | **HEARING DATE & TIME:** |
| | : | **June 29, 2021 at 1:30 PM** |
| vs. | : | |
| | : | |
| **BANK OF AMERICA,** | : | |
| **CANCER CARE PARTNER,** | : | |
| **CANCER TREATMENT** | : | |
| **CENTERS OF AMERICA,** | : | |
| **CLEARFIELD COUNTY TCB,** | : | |
| **COOPER TOWNSHIP TAX,** | : | |
| **CREDENCE RESOURCE,** | : | |
| **CREDIT MGMT,** | : | |
| **CREDIT ONE BANK,** | : | |
| **DIRECTV,** | : | |
| **DUKE CANCER CENTER,** | : | |
| **DUKE HEALTH,** | : | |
| **DUKE MEDICINE,** | : | |
| **FOUNDTION MEDICINE,** | : | |
| **GEISINGER HEALTH,** | : | |
| **GUARDANT HEALTH,** | : | |
| **HOLIDAY FINANCIAL,** | : | |
| **INTERNAL REVENUE SERV.,** | : | |
| **JEFFERSON CAPITAL,** | : | |
| **JERSEY SHORE BANK,** | : | |
| **KEYSTONE RURAL HEALTH,** | : | |
| **M&T BANK,** | : | |
| **MIDLAND CREDIT MGMT,** | : | |
| **MIDLAND FUNDING,** | : | |
| **MIRAMED REVENUE,** | : | |
| **MIRAMEDRG,** | : | |
| **MT. NITTANY MEDICAL,** | : | |
| **NATIONAL RECOVERY,** | : | |
| **PENELEC,** | : | |
| **PENN HIGHLANDS,** | : | |
| **PENN STATE HERSHEY** | : | |
| **MEDICAL CENTER,** | : | |
| **SANTANDER,** | : | |
| **WILLIAM G. SATTERLEE AND** | : | |
| **SONS,** | : | |
| RESPONDENTS | : | **FILED PURSUANT TO** |
| | : | **11 U.S.C. § 362 (C) (3)** |
| and | : | |
| | : | |

|  |  |
|---|---|
| RONDA J. WINNECOUR, ESQ. | : |
| CHAPTER 13 TRUSTEE, | : |
| ADDITIONAL | :    **ENTERED BY DEFAULT** |
| RESPONDENT | : |

## ORDER

**AND NOW**, on this  22nd  day of _____June_____, 2021, upon consideration of the within Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents or until further order of Court.

FILED
6/22/21 2:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT,

*Carlota M. Böhm*  dmr

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70243-JAD |
| William T Reitz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dric | Page 1 of 2 |
| Date Rcvd: Jun 22, 2021 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William T Reitz, P.O. Box 137, Lanse, PA 16849-0137 |
| 15381842 | + | Bank of America, Po Box 17054, Wilmington, DE 19850-7054 |
| 15381843 | + | Cancer Care Partnership, PO B0x 37808, Baltimore, MD 21297-7808 |
| 15381844 | + | Cancer Treatment Centers of America, 1331 E Wyoming Ave, Philadelphia, PA 19124-3808 |
| 15381845 | + | Clearfield County Tax Claim Bureau, 230 East Market Street, Clearfield, PA 16830-2448 |
| 15381846 | + | Cooper Township Tax Collector, 583 Johnson Road, Grassflat, PA 16839-9625 |
| 15381851 | + | Duke Cancer Center, 20 Duke Medicine Cir, Durham, NC 27710-2000 |
| 15381852 | + | Duke Health, 5213 South Alston Avenue, Durham, NC 27713-4430 |
| 15381853 | + | Duke Medicine, PO Box 70841, Charlotte, NC 28272-0841 |
| 15381854 | + | Foundation Medicine, PO Box 347790, Pittsburgh, PA 15251-4790 |
| 15381855 | + | Geisinger Health System, 100 N. Academy Avenue, Danville, PA 17822-0001 |
| 15381856 | + | Guardant Health Inc., 29308 Network Pl, Chicago, IL 60673-1293 |
| 15381857 | + | Holiday Financial Serv, 1800 Daisy Street Ext St, Clearfield, PA 16830-3265 |
| 15381862 | + | Jersey Shore Bank, PO Box 967, Williamsport, PA 17703-0967 |
| 15381863 | + | Keystone Rural Health Consotia, 90 E. 2nd Street, Emporium, PA 15834-1302 |
| 15381864 | + | M & T Bank Mortgage, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 15381869 | + | Mt Nittany Medical Center, 1800 E Park Ave, State College, PA 16803-6797 |
| 15381874 | + | Penelec, 331 Newman Springs Rd., Building 3, Red Bank, NJ 07701-5688 |
| 15381871 | | Penelec, 76 South Main Street, A-RPC, Akron, OH 44308-1890 |
| 15381872 | + | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 15381875 | + | Penn Highlands Brookville, PO Box 447, Du Bois, PA 15801-0447 |
| 15381876 | + | Penn State Hershey Medical Center, PO Box 853, Hershey, PA 17033-0853 |
| 15381877 | + | Santander, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15381878 | + | William G. Satterlee and Sons, Inc., 12475 Route 119 Highway N, Rochester Mills, PA 15771-6505 |
| 15381873 | | penelec, PO Box 16001, Reading, PA 19612-6001 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15381847 | + | Email/Text: bankruptcy@credencerm.com | Jun 22 2021 23:39:00 | Credence Resource Mana, Po Box 2300, Southgate, MI 48195-4300 |
| 15381848 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 22 2021 23:38:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15381849 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 22 2021 23:45:54 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15381850 | | Email/Text: G06041@att.com | Jun 22 2021 23:38:00 | DirecTV, PO Box 78626, Phoenix, AZ 85062-8626 |
| 15387071 | | Email/Text: G06041@att.com | Jun 22 2021 23:38:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15381860 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 22 2021 23:38:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 15381861 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 22 2021 23:38:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, |

Case 21-70243-JAD    Doc 19    Filed 06/24/21    Entered 06/25/21 00:32:11    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-7 | User: dric | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 22, 2021 | Form ID: pdf900 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | | MN 56302 |
| 15381865 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 22 2021 23:38:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 15381866 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 22 2021 23:38:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15384713 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 22 2021 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15381867 | + | Email/Text: mmrgbk@miramedrg.com | Jun 22 2021 23:38:00 | MiraMed Revenue Group, PO Box 536, Linden, MI 48451-0536 |
| 15381868 | + | Email/Text: mmrgbk@miramedrg.com | Jun 22 2021 23:38:00 | Miramedrg, 360 E. 22nd Street, Lombard, IL 60148-4924 |
| 15381870 | + | Email/Text: Bankruptcies@nragroup.com | Jun 22 2021 23:39:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| 15381859 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 15381858 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maria Miksich | on behalf of Creditor M&T Bank mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor William T Reitz ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4